**SO ORDERED.**

**DONE and SIGNED August 2, 2023.**



_____
**JOHN S. HODGE**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Case Number: 19-10377 |
| Yashika K. Jefferson<br>**Debtor** | § § § § | Chapter 13 |
| _____ | § | |
| Yashika K. Jefferson<br>   **Plaintiff** | § § § | |
| vs. | § § | Adversary Proceeding<br>Case No. 23-01002 |
| Ronnie Nicholson<br>   **Defendant** | § § § | |

### Order

Before the court is a motion to dismiss filed by Ronnie Nicholson.

For the reasons stated in the Memorandum Ruling,

**IT IS ORDERED** that the motion to dismiss filed as docket no. 39 is hereby **DENIED**.

### ###